IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**ROD GUSTAFSON et al.,**

**Plaintiffs,**

**v.**

**ARTHUR JONES et al.,**

**Defendants.**            **No. 00-CV-1397-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated within sixty (60) days. The dismissal will be with prejudice sixty (60) days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

**IT IS SO ORDERED.**

Signed this 15th day of March, 2006.

                                          /s/         David   RHerndon
                                              **United States District Judge**