IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ROD GUSTAFSON et al.,

Plaintiffs,

v.

ARTHUR JONES et al.,

Defendants.                                    No. 00-CV-1397-DRH

## ORDER

**HERNDON, District Judge:**

The Court, understanding that the parties have completed their settlement, hereby **DISMISSES** this matter **with prejudice**.

**IT IS SO ORDERED**.

Signed this 30th day of March, 2006.

/s/      David   RHerndon
**United States District Judge**