# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**ROD GUSTAFSON, et al.,**

    **Plaintiffs**

    vs.                                         **Cause No. 00-CV-1397 DRH**

**ARTHUR JONES, et al.,**

    **Defendant**s

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.

                                            **SOFRON B. NEDILSKY, CLERK**

March 30, 2006                           By:   s/Patricia Brown
                                                             Deputy Clerk

APPROVED:/s/     David RHerndon
                **U.S. DISTRICT JUDGE**